IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN NORMAN RYAN,                         10-CV-626-ST

       Plaintiff,                     ORDER

v.

JOHN HARLAN, et al.,

       Defendants.

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#53) on November 22, 2010, in which she recommends this Court grant the Motion (#36) to Dismiss of Defendant Catherine Magdalena and dismiss Magdalena with prejudice.  Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make

a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#53) and, therefore, **GRANTS** the Motion (#36) to Dismiss of Defendant Catherine Magdalena and **DISMISSES** Magdalena **with prejudice**.

IT IS SO ORDERED.

DATED this 4th day of February, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge